# United States Court of Appeals
# for the Fifth Circuit

———————————

No. 24-20262
Summary Calendar

———————————

United States Court of Appeals
Fifth Circuit

**FILED**

May 15, 2025

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Oscar Barrios,

*Defendant—Appellant*.

———————————————————

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:22-CR-565-1

———————————————————

Before Higginbotham, Jones, and Oldham, *Circuit Judges*.

Per Curiam:*

Oscar Barrios pleaded guilty to three counts of distribution, receipt, and possession of child pornography. He now appeals his convictions and sentences on the receipt and possession counts, arguing for the first time that his convictions and sentences for both possession of child pornography and receipt of child pornography violate the Double Jeopardy Clause of the Fifth

———————————————

* This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-20262

Amendment. Because Barrios did not object to the indictment in the district court, "we review only the validity of his sentences, not his convictions." *United States v. Barton*, 879 F.3d 595, 599 (5th Cir. 2018).

Reviewing the unpreserved argument for plain error in light of the record as a whole, Barrios cannot show the district court committed clear or obvious error due to the lack of binding authority as to the issue whether possession of child pornography is a lesser-included offense of receipt of child pornography. *See United States v. Evans*, 587 F.3d 667, 671 (5th Cir. 2009); *United States v. Gonzalez*, 792 F.3d 534, 538 (5th Cir. 2015). Accordingly, the judgment of the district court is AFFIRMED.